UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA
Civil No. 07-1567 PAM/RLE

| | |
|---|---|
| TIMOTHY C. VOSSEN, | ) |
| Plaintiff, | ) ) ) |
| v. | ) **ORDER FOR REMAND** |
| MICHAEL J. ASTRUE, Commissioner of Social Security, | ) ) ) ) ) |
| Defendant. | ) |

Pursuant to the Stipulation for Remand, and all the files, records, and proceedings in this matter, it is hereby

**ORDERED** that this case is remanded, pursuant to sentence 6 of 42 U.S.C. § 405(g), to the Commissioner of Social Security for further administrative proceedings.

LET JUDGMENT BE ENTERED ACCORDINGLY.

Dated: August 15, 2007

 s/Paul A. Magnuson
PAUL A. MAGNUSON
United States District Court Judge