UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA
Civil No. 07-1567 PAM/RLE

| | | |
|---|---|---|
| TIMOTHY C. VOSSEN, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | **O R D E R** |
| | ) | |
| MICHAEL J. ASTRUE, | ) | |
| Commissioner of | ) | |
| Social Security, | ) | |
| | ) | |
| Defendant. | ) | |

Based upon the motion of the Commissioner, and for good cause shown, it is hereby

**ORDERED** that this case is reopened to permit the Plaintiff to prosecute this action, it is further

**ORDERED** that Plaintiff shall respond to the Answer, in accordance with Local Rule 7.2, within sixty (60) days of the date of this order.

Dated: January 11, 2008

s/Paul A. Magnuson
PAUL A. MAGNUSON
United States District Court Judge